# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

EARL S. DECKER,                )
                               )
            Plaintiff,         )
                               )        NO.  CV-11-59-JPH
       vs.                     )
                               )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,             )        **CIVIL CASE**
Commissioner of Social Security, )
                               )
            Defendant.         )
                               )
_____)

**STIPULATION BY THE PARTIES:**

       The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

       **IT IS ORDERED AND ADJUDGED** that:

       The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

       DATED this  13th day of  March, 2012.

                              JAMES R. LARSEN
                              District Court Executive/Clerk


                              by: __s/ Karen White_____
                                        Deputy Clerk

cc: all counsel